AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

SHARON LYNN ROSS

*Plaintiff*

v.

EXPERIAN INFORMATION SOLUTIONS, INC.

*Defendant*

Civil Action No. 3:12CV286

**FILED MAY 10 2012**
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EXPERIAN INFORMATION SOLUTIONS, INC.
    **SERVE:** c/o David N. Anthony, Registered Agent
    1001 Haxall Point
    Richmond, VA  23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leonard A. Bennett, Esq.
    Consumer Litigation Associates, P.C.
    763 J. Clyde Morris Boulevard, Suite 1-A
    Newport News, VA  23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 18 2012

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA                                           SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**               STATE/COMMONWEALTH OF: VA                317415 - 1

**SHARON LYNN ROSS**                        )   CASE NO:
                                            )
In re / v.                                  )   **3:12CV286**
**EXPERIAN INFORMATION SOLUTIONS, INC**     )

---

**DAVID N ANTHONY, REG AGENT**

**EXPERIAN INFORMATION SOLUTIONS, INC**

**1001 HAXALL POINT, RICHMOND, VA 23219**

is the name and address of the person upon whom service of the following is to be made.

**Document(s)**     **SUMMONS IN A CIVIL ACTION**
   **Served:**      **COMPLAINT**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:         4/26/2012     @     11:25 AM

**METHOD OF SERVICE:**

*PERSONAL SERVICE*

Dated: 4/27/2012                              Signature

Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
LARAINE NICOLE JOHNSON
who is personally known to me.
Date: 4/27/2012
My commission expire  10/31/2015         Signature of Notary Public:   CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires:  10/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DONNA WINTERS                                                                         317415 - 1