UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SHARON LYNN ROSS,**

    Plaintiff

v.                                         Civil No. 3:12-cv-00286-REP

**EXPERIAN INFORMATION SOLUTIONS, INC.**

    Defendant.

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW the Plaintiff, **SHARON LYNN ROSS**, by counsel and moves this Court for leave to amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(2).  In support of her motion, she supplies the accompanying Memorandum of Law in support of her Motion and the proposed Amended Complaint.

                                          Respectfully Submitted,

                                          **SHARON LYNN ROSS,**

                                          _____/s/_____
                                          LEONARD A. BENNETT, VSB #37523
                                          CONSUMER LITIGATION ASSOCIATES, P.C.
                                          Attorney for Plaintiff
                                          763 J. Clyde Morris Boulevard, Suite 1-A
                                          Newport News, Virginia 23601
                                          (757) 930-3660 - Telephone
                                          (757) 930-3662 – Facsimile
                                          E-mail:  lenbennett@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of August, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: david.anthony@troutmansanders.com

                                      /s/
                              LEONARD A. BENNETT, VSB#37523
                              CONSUMER LITIGATION  ASSOCIATES, P.C.
                              Attorney for Plaintiff
                              763 J. Clyde Morris Boulevard, Suite 1-A
                              Newport News, Virginia 23601
                              (757) 930-3660 - Telephone
                              (757) 930-3662 – Facsimile
                              E-mail:  lenbennett@clalegal.com