UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SHARON LYNN ROSS,**

    **Plaintiff**

v.                                       Civil No. 3:12-cv-00286-REP

**EXPERIAN INFORMATION SOLUTIONS, INC.**

    **Defendant.**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule Civil Procedure 73, the Plaintiff in this case hereby voluntarily waives her right to proceed before a United States district judge and consents to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of final judgment.

                                      **SHARON LYNN ROSS,**

                                      _____/s/_____
                                      LEONARD A. BENNETT, VSB #37523
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      Attorney for Plaintiff
                                      763 J. Clyde Morris Boulevard, Suite 1-A
                                      Newport News, Virginia 23601
                                      (757) 930-3660 - Telephone
                                      (757) 930-3662 – Facsimile
                                      E-mail: lenbennett@clalegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of August, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    David Neal Anthony
    Troutman Sanders LLP
    Troutman Sanders Bldg
    1001 Haxall Point
    PO Box 1122
    Richmond, VA 23219
    Email: david.anthony@troutmansanders.com

                                                        _____/s/_____
                                            LEONARD A. BENNETT, VSB#37523
                                            CONSUMER LITIGATION ASSOCIATES, P.C.
                                            Attorney for Plaintiff
                                            763 J. Clyde Morris Boulevard, Suite 1-A
                                            Newport News, Virginia 23601
                                            (757) 930-3660 - Telephone
                                            (757) 930-3662 – Facsimile
                                            E-mail: lenbennett@clalegal.com