IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SHARON LYNN ROSS,**

      **Plaintiff,**

v.                                               Civil Action No. 3:12-cv-286

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

      **Defendant.**

## SUPPLEMENTAL NOTICE RESPECTING CONSENT

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, hereby provides supplemental notice that it does consent to proceed before a Magistrate Judge in this action.

                                              **EXPERIAN INFORMATION SOLUTIONS, INC.**

                                              By:/s/ David N. Anthony
                                                  David N. Anthony, Esq.
                                                  Virginia State Bar No. 31696
                                                  *Attorney for Defendant Experian Information*
                                                     *Solutions, Inc.*
                                                  TROUTMAN SANDERS, LLP
                                                  1001 Haxall Point
                                                  Richmond, Virginia 23219
                                                  Telephone:  (804) 697-5410
                                                  Facsimile:  (804) 698-5118
                                                  E-mail:  david.anthony@troutmansanders.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of August, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will provide notice to all parties.

      Leonard Anthony Bennett
      Consumer Litigation Associates
      763 J. Clyde Morris Boulevard, Suite 1A
      Newport News, VA  23601
      Telephone: 757-930-3660
      Facsimile: 757-930-3662
      Email: lenbennett@cox.net
      *Counsel for Plaintiff*

      /s/ David N. Anthony
      David N. Anthony, Esq.
      Virginia State Bar No. 31696
      *Attorney for Defendant Experian Information*
        *Solutions, Inc.*
      TROUTMAN SANDERS, LLP
      1001 Haxall Point
      Richmond, Virginia 23219
      Telephone:  (804) 697-5410
      Facsimile:  (804) 698-5118
      E-mail:  david.anthony@troutmansanders.com