**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

SHARON LYNN ROSS,

        Plaintiff

v.                                 CIVIL NO.   3:12-cv-286-DJN

EXPERIAN INFORMATION SOLUTIONS, INC.,
WORLD FINANCIAL NETWORK NATIONAL BANK,
And NELSON, WATSON & ASSOCIATES, LLC.,

        Defendants.

**NOTICE OF APPEARANCE**

Please take notice that Susan M. Rotkis of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1-A, Newport News, VA 23601, hereby enters her appearance on behalf of the Plaintiff in this matter.

Please copy her on all matters in this case.

        Respectfully Submitted,

        **SHARON ROSS**

        _____/s/_____
        Susan Mary Rotkis, VSB 40693
        Attorney for Plaintiff
        CONSUMER LITIGATION ASSOCIATES, P.C.
        763 J. Clyde Morris Boulevard, Suite 1-A
        Newport News, Virginia 23601
        (757) 930-3660 -Telephone
        (757) 930-3662-Facsimile
        E-mail:  Srotkis@clalegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22d day of October, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

David Neal Anthony  
Troutman Sanders LLP  
Troutman Sanders Bldg  
1001 Haxall Point  
P.O. Box 1122  
Richmond, VA 23219  
Email: david.anthony@troutmansanders.com

                                         /s/  
                           Susan Mary Rotkis, VSB 40693  
                           Attorney for Plaintiff  
                           CONSUMER LITIGATION ASSOCIATES, P.C.  
                           763 J. Clyde Morris Boulevard, Suite 1-A  
                           Newport News, Virginia 23601  
                           (757) 930-3660 -Telephone  
                           (757) 930-3662-Facsimile  
                           E-mail:  Srotkis@clalegal.com