IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**SHARON LYNN ROSS,**

                **Plaintiff,**

**v.**                                            **Civil Action No.: 3:12-cv-00286-REP**

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

    **and**

**WORLD FINANCIAL NETWORK NATIONAL BANK,**

    **and**

**NELSON, WATSON & ASSOCIATES, LLC,**

                **Defendants.**

## WORLD FINANCIAL NETWORK NATIONAL BANK'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Comenity Bank, formerly known as World Financial Network Bank, successor by conversion to World Financial Network National Bank ("WFNNB"), by counsel, and for the reasons set forth in the Memorandum in Support filed with this Motion, moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss with prejudice Count II of Plaintiff Sharon Lynn Ross's First Amended Complaint (the only Count pending against WFNNB) because it fails to state a claim against WFNNB upon which relief may be granted.

                                              Respectfully submitted,

                                                  /s/ Eileen Geller
                                        John B. Mumford, Jr. (VSB No. 38764)
                                        Eileen R. Geller (VSB No. 76764)
                                        HANCOCK, DANIEL, JOHNSON & NAGLE, P.C.
                                        4701 Cox Road, Suite 400
                                        Glen Allen, Virginia  23060
                                        Phone:  (804) 967-9604
                                        Fax:  (804) 967-2411

jmumford@hdjn.com and egeller@hdjn.com
*Counsel for World Financial Network National Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Leonard Anthony Bennett (Va. Bar No. 37523)
Susan Mary Rotkis
CONSUMER LITIGATION ASSOCIATES
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
757-930-3662 (fax)
lenbennett@cox.net
*Counsel for Plaintiff*

David Neal Anthony  (Va. Bar No. 31696)
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
804-698-5118 (fax)
david.anthony@troutmansanders.com
*Counsel for Defendant Experian Information Solutions, Inc.*

        /s/ Eileen Geller
John B. Mumford, Jr. (VSB No. 38764)
Eileen R. Geller (VSB No. 76764)
HANCOCK, DANIEL, JOHNSON & NAGLE, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia  23060
Phone:  (804) 967-9604
Fax:  (804) 967-2411
jmumford@hdjn.com
egeller@hdjn.com
*Counsel for World Financial Network National Bank*