IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| SHARON LYNN ROSS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>&<br><br>WORLD FINANCIAL NETWORK NATIONAL BANK,<br><br>&<br><br>NELSON, WATSON & ASSOCIATES, LLC,<br><br>Defendants. | Civil Action No.: 3:12-cv-00286-REP |

## ORDER

Upon consideration of WFNNB's Motion to Conduct Pretrial Scheduling Conference and Amend Scheduling and Pretrial Order, to which all parties to this action have agreed, and finding it proper to do so, it is hereby ORDERED that a Rule 16 scheduling conference be convened with all parties at a date and time designated by the Court, at which time a new trial date and Scheduling and Pretrial Order will be set by this Court. It is further ORDERED that the trial date for this action, currently set for February 4, 2013, be continued to a date and time set at the reconvened Rule 16 scheduling conference.



1

It is so ORDERED.

/s/ David J. Novak
United States Magistrate Judge

David J. Novak
United States Magistrate Judge

Richmond, Virginia
Dated November 27, 2012

We ask for this:

_/s/ Eileen R. Geller_
John B. Mumford, Jr. (VSB No. 38764)
Eileen R. Geller (VSB No. 76764)
HANCOCK, DANIEL, JOHNSON & NAGLE, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Phone: (804) 967-9604
Fax: (804) 967-2411
jmumford@hdjn.com
egeller@hdjn.com
*Counsel for World Financial Network National Bank*

Seen and agreed:

_/s/_
Leonard Anthony Bennett (Va. Bar No. 37523)
Susan Mary Rotkis
CONSUMER LITIGATION ASSOCIATES
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
757-930-3662 (fax)
lenbennett@cox.net
*Counsel for Plaintiff*

_/s/_
David Neal Anthony (Va. Bar No. 31696)
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
804-698-5118 (fax)

3

david.anthony@troutmansanders.com
*Counsel for Defendant Experian Information Solutions, Inc.*

/s/ Andrew Biondi

Andrew Biondi (Va. Bar No. 48100)
SANDS ANDERSON PC
1111 E. Main St., Suite 2400
Richmond, VA 23219
804-648-1636
804-783-7291 (fax)
abiondi@sandsanderson.com
*Counsel for Defendant Nelson, Watson & Associates, LLC*

4